FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 MAY 17 PM 12:

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CHARLES HILL, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | CASE NO. CV412-310 |
| GREGORY MCLAUGHLIN, | ) ) ) | |
| Respondent. | ) ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Respondent's Motion to Dismiss (Doc. 7) is **GRANTED** and the § 2254 petition is **DENIED**. As noted in the report and recommendation, the Court declines to grant Petitioner a Certificate of Appealability, rendering moot any request for leave to appeal in forma pauperis. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of May 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA