AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Charles Hill

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV412-310

Gregory McLaughlin

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 17, 2012, adopting the Magistrate Judge's Report and Recommendation; granting Respondent's Motion to Dismiss and denying Hill's 2254 petition. This action stands closed.

May 17, 2013
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03